UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JUSTIN WADE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>KENNY LEMERE, MONTANA DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | Case No. CV-24-57 -H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 4), this matter is DISMISSED.

　　Dated this 3rd day of October, 2024.

　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　By: /s/ H. G.
　　　　　　　　　　　H. G., Deputy Clerk